**Ronald W. LEWIS, Appellant,**

v.

**BUILDING BUTLERS, INC.**

and

**Division of Employment Security, Respondents.**

**ED 103071**

Missouri Court of Appeals,
Eastern District,
***DIVISION TWO.***

Filed: March 15, 2016

Ronald W. Lewis, Pro Se, 6423 Oleatha Avenue, St. Louis, MO 63139, for appellant.

Andrew C. Hooper, 421 East Dunklin Street, Jefferson City, MO 65101, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### *ORDER*

PER CURIAM

Ronald Lewis (Claimant) appeals the decision by the Labor and Industrial Relations Commission (Commission) that denied him unemployment compensation because the Commission concluded Claimant

voluntarily left employment. We have reviewed the briefs of the parties and the record on appeal, and we conclude the Commission's decision is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).